IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>Petitioner,<br><br>v.<br><br>JAMP PROMOTIONS, LLC,<br>Respondent. | MISCELLANEOUS ACTION<br><br>Case No. _____ |
| LIFE ALERT EMERGENCY RESPONSE, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONNECT AMERICA.COM, LLC, a Delaware limited liability company, et al.,<br><br>Defendants. | Case No. CV13-03455 JAK (SSx)<br>(C.D. Cal.) |

**PLAINTIFF LIFE ALERT EMERGENCY RESPONSE, INC.'S MOTION TO COMPEL JAMP PROMOTIONS, LLC TO COMPLY WITH SUBPOENA**

**[EXPEDITED RELIEF REQUESTED]**

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), D. Del. LR 7.1.1, and other applicable law, Plaintiff Life Alert Emergency Response, Inc. ("Life Alert") moves for the entry of an order requiring JAMP Promotions, LLC ("JAMP") to fully comply with the Fed.R.Civ.P. 45 subpoena properly served on it by Life Alert.  In support of its motion, Life Alert states:

1. Life Alert is the plaintiff in an action currently pending in the United States District Court for the Central District of California, which was filed against, *inter alia*, JAMP's

employer, defendant LifeWatch, Inc. ("LifeWatch").[1]  On July 17, 2014, Life Alert properly served a Fed.R.Civ.P. 45 subpoena on JAMP, requiring the production of documents responsive to the Subpoena no later than *August 18, 2014* (the "Subpoena").  JAMP did not serve any objections or otherwise respond to the Subpoena before the August 18, 2014 deadline, nor did JAMP ever contact Life Alert to request an extension of its time to respond beyond August 18, 2014.

2.      JAMP has never attempted to respond to the Subpoena at any time since, nor did it file a motion to quash at any time.  To date, JAMP has not produced a single responsive document in connection with the Subpoena.

3.      While JAMP has failed altogether to honor its discovery obligations, it has been assisting LifeWatch in defending the California Action by, *inter alia*, executing a conclusory declaration denying wrongdoing.  Despite this, JAMP has refused to provide even the documents that support the denials in its declaration.

4.      On December 10, 2014, Life Alert attempted to meet and confer with JAMP regarding its failure to respond, object, or produce documents responsive to the Subpoena.  At that time, Life Alert requested that JAMP produce *all* documents requested in the Subpoena without objection (given that all of JAMP's objections had been waived) no later than December 17, 2014.  Life Alert informed JAMP that its continuing failure to comply with the Subpoena would result in the filing of a motion to compel.  JAMP failed to respond to Life Alert's December 10, 2014 meet and confer letter.

5.      This motion is necessitated by JAMP's continuing, wholesale failure to respond to Life Alert's requests for a document production in response to the Subpoena.  JAMP has not

---

[1]     *Life Alert Emergency Response, Inc. v. Connect America.com LLC, et. al*, Case No. 2:13-cv-03455-JAK-SS (the "California Action").

objected to any of the requests in Life Alert's Subpoena and, accordingly, has waived all objections to the Subpoena. JAMP must therefore produce *all* responsive documents without objection. The Court should order JAMP to do so, since JAMP has completely ignored Life Alert's requests for production, as well as Life Alert's subsequent attempts to meet and confer regarding LifeWatch's failure to comply with the Subpoena. JAMP's blatant refusal to honor its discovery obligations while simultaneously providing assistance to LifeWatch in the California Action should not be countenanced by the Court.

Pursuant to D. Del. LR 7.1.1, Life Alert contacted JAMP in a good faith effort to resolve this dispute without intervention of the Court, but has been unable to reach a resolution, as JAMP refuses to respond to Life Alert's communications or engage in any way in the meet and confer process.

//

//

//

//

//

//

//

//

//

//

-4-

**WHEREFORE**, and for the reasons set forth in the Life Alert's opening brief, filed contemporaneously herewith, Life Alert seeks an order:  (1) directing JAMP to comply with the Subpoena, to produce *all* responsive documents without objection, and to verify, under oath, that all responsive documents have been produced; and (2) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jill Pietrini
Danielle Levine
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3700

Dated:  December 23, 2014
1176173

By: */s/ Tyler J. Leavengood*
    Brian C. Ralston (Del. Bar No. 3770)
    Tyler J. Leavengood (Del. Bar No. 5506)
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE  19899-0951
    Tel:  (302) 984-6000
    bralston@potteranderson.com
    tleavengood@potteranderson.com

*Attorneys for Petitioner and Plaintiff Life Alert Emergency Response, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via hand delivery or email this 23rd day of December 2014, on all counsel or parties of record on the Service list below:

| | |
|---|---|
| JAMP Promotions, LLC<br>c/o United States Corporations Agents, Inc.<br>Registered Agent<br>1521 Concord Pike<br>Suite 301<br>Wilmington, DE 19803 | William Armstrong<br>Armstrong & Associates, LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, California 94612<br>(510) 433-1191<br>Email: bill.armstrong@armstrongetal.com<br><br>*Attorneys for California Action Defendant LifeWatch, Inc.* |
| Gregory B. Wood<br>Todd M. Malynn<br>Feldman Gale, P.A.<br>880 West First Street, Suite 315<br>Los Angeles, CA 90012<br>Tel: 213-625-5992<br>Fax: 213-625-5993<br>Email: gwood@feldmangale.com<br>         tmalynn@feldmangale.com<br><br>*Attorneys for California Action Defendant Live Agent Response 1 LLC* | Jason Sultzer / Joseph Lipari<br>The Sultzer Law Group<br>77 Water Street, 8th Floor<br>New York, New York 10005<br>Phone: 646-722-4266 / Fax: 888-749-7747<br>Email: sultzerj@thesultzerlawgroup.com<br>         liparij@thesultzerlawgroup.com<br><br>*Attorneys for California Action Defendant LifeWatch, Inc.* |

                                      POTTER ANDERSON & CORROON LLP

                                      By: */s/ Tyler J. Leavengood*
                                           Brian C. Ralston (Del. Bar No. 3770)
                                           Tyler J. Leavengood (Del. Bar No. 5506)
                                           1313 North Market Street
                                           P.O. Box 951
                                           Wilmington, DE  19899-0951
                                           Tel:  (302) 984-6000
                                           bralston@potteranderson.com
                                           tleavengood@potteranderson.com

                                      *Attorneys for Petitioner and Plaintiff Life Alert Emergency Response, Inc.*